**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Raymond Gasper, aka Raymond Bernie Glasper II,<br><br>   Petitioner<br><br>v.<br><br>Ronald Oliver, *et al.*,<br><br>   Respondents | Case No.: 2:24-cv-01606-JAD-NJK<br><br>**Order Correcting and Updating Title of Action** |

    This habeas corpus action has been litigated under the title, *Raymond Glasper v. Warden Reubart, et al.* because petitioner apparently sometimes uses that name—and in fact filed his habeas petition under that name.[1] But the judgment of conviction that petitioner challenges is under the name "Raymond Gasper, aka Raymond Bennie Glasper, II."[2] So are the orders of the Nevada Court of Appeals in his state post-conviction proceedings.[3] The Nevada Department of Corrections uses the name "Raymond Gasper."[4] For these reasons, this case will proceed with petitioner's name as "Raymond Gasper, aka Raymond Bennie Glasper, II."

    Also, Gasper is incarcerated at Nevada's Southern Desert Correctional Center, where the warden is Ronald Oliver. So Warden Oliver will be substituted for Warden Reubart as the respondent warden.

---

[1] ECF No. 8.

[2] ECF No. 13-12.

[3] ECF Nos. 14-5, 14-21.

[4] Search Offender ID 69689 at https://ofdsearch.doc.nv.gov/form.php.

IT IS THEREFORE ORDERED that this action will proceed under the title *Raymond Gasper, aka Raymond Bennie Glasper, II v. Ronald Oliver*. The Clerk of Court is directed to update the docket with respect to petitioner's name and to substitute Ronald Oliver for Warden Reubart as the respondent warden.

_____
U.S. District Judge Jennifer A. Dorsey
November 17, 2025